# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

MARGARET ELLISON,

Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Defendant.

No.  CV 19-05-BU-SEH

**ORDER**

On February 22, 2019, the Court issued an Order setting a preliminary
pretrial conference and requiring, *inter alia*, that each party file a preliminary
pretrial statement on or before March 26, 2019, addressing, with strict compliance,
each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)–(iii) and L.R. 16.2(b)(1).[1]
Plaintiff's preliminary pretrial statement filed on March 26, 2019, fails to comply
with the Court's February 22, 2019, Order.

Plaintiff's Preliminary Pretrial Statement does not address the matters listed
in Fed. R. Civ. P. 26(a)(1)(A)(ii) as required by the Court's February 15, 2019,

---

[1] Doc. 6 at 4.

Order.

ORDERED:

Necessary and appropriate revisions to Plaintiff's preliminary pretrial statements to address the deficiencies outlined above shall be filed and served on or before March 29, 2019.

DATED this _27th_ day of March, 2019.

SAM E. HADDON
United States District Judge