# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| MARGARET ELLISON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. CV 19-05-BU-SEH<br><br>**ORDER** |

In accordance with this Court's Administrative Order 20-18 entered on April 10, 2020, regarding COVID-19, closing all United States District Court courthouses in Montana, including the Paul G. Hatfield Courthouse, in Helena, Montana, to the public through May 29, 2020, and the CARES Act, H.R. 748, signed into law by President Trump on March 27, 2020,

ORDERED:

The Court will conduct the hearing on Defendant's Motion to Strike Damages Expert Barb Cook[1] and Defendant's Motions in Limine[2] set for 11:00

---

[1] Doc. 23.

[2] Doc. 25.

a.m. on May 7, 2020, via teleconference.

The call-in number for the hearing is 1-888-273-3658 and the access code is 8690899. For further information regarding instructions to connect for telephonic hearings, visit https://www.mtd.uscourts.gov/covid-19-telephonic-hearing-information.

DATED this 16th day of April, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge